My name is N███ A██████, I am Jason Anderson's eldest daughter. I genuinely believe that whatever happened was an accident. The man I know as my dad would never do something like this on purpose, especially if he knew how it would affect his family.

My Dad works very hard, having two jobs and still being able to be at all of my band and dance competitions throughout my life. After late-night practices, I knew I could count on coming home to dad's home-cooked meals. he always loved getting up on stage with me for my studio's annual father/daughter dances.

He has always been there for me and helped me with every problem I've encountered, from helping me sell girl scout cookies as a young kid, to every time my car made a "funny noise". My dad has always listened every time I needed to talk, even when he was in the middle of something, he pauses what he is doing to hear me out.

Dad truly has a kind heart under his hard shell, much like the grinch. He always said he didn't like pets, but when I brought my rescue kitten home, he was the first one she cuddled up with. Our dog always loves going out to the garage with him and waiting in the kitchen for him to drop bits of dinner out of the pan.

One thing my dad and I have always bonded over was our love for legos. He always gets star wars, while I normally go for the cute ones. Even from a young age, I will always remember building legos with my dad, especially on snow days.

Like many kids, I do consider my dad to be my hero, rock, and best friend all in one. I know he would never do anything to harm me, my family, or anyone else. He is always the first one to crack a joke or help someone in need at the grocery store. I don't know where I would be today without him and I don't think I could imagine my life without him in it.

My Dad may not be perfect, but he sure is pretty great. He is a kind and loving, father, husband, son, and friend. Anyone who knows him sure is lucky. I really appreciate everything my dad has done for me and my family. I hope to continue creating more of these amazing memories with my family.

-N███ A██████ 
She/Her/Hers



**DEFENDANT'S EXHIBIT**

CASE NO. 23-CR-0008

EXHIBIT NO. **A**

I am C▮▮ A▮▮▮, daughter of Jason Anderson, Jason is not a threat. He is a very caring dad and has always been there for me or my family when we need something. He is very good at his job at the school as the manager in the cafeteria, he cares for the people he works with and is a staff and student favorite. If I need to go to the nurse the ladies in the nurse know he is my dad and call down to him letting him know i'm in there and when i needed him to come down and help me when I didn't feel good he was right there and came down to help me. He is good about making sure we get everything we need and cares about us a lot. He likes to show us cat videos he finds on tiktok or trying new recipes he finds. And our cats love laying on the couch with him and taking naps.
He is a genuine, gentle and caring person that wouldn't do anything to hurt us.

-C▮▮ A▮▮▮

To Whom it may concern,

My name is Emmali Anderson and I am Jason's wife of 24 years, soulmate of 30 years. He is my best friend, a gentle giant and I love him with my whole heart. We started dating when we were in high school and we watched each other grow into adults and know everything about each other. He openly discusses challenges that come up in parenting. He is dedicated to his family. He is kind, sensitive, loving, trustworthy, and a great supportive father to our girls. He has never been malicious toward anyone. He is always willing to get involved in/attend their extra activities: dance, karate, band, and basketball. He(and I) have taught each of the girls how to cook and do laundry so that they can be self sufficient.

He is always thinking of others and anything you ask of him he will help. He knows how to fix anything that breaks, inside or outside the house. He does laundry, dishes, mowing, cooking and trash.
He works very hard 7 days a week at his 2 jobs to support his family. Every job he has had for 8+ years each. He is always punctual, and if he isn't, it's because he was waiting on a female.

His favorite pastimes include putting together lego ships and watching Oak island, Ncis, and Dr. who. He tries to dislike the animals but the cats lay on him like he's a heating blanket, and the dog follows him around.

I know this makes it sound like he has no faults, but like any human, he does. However, his faults don't define him as much as his attributes. I miss him greatly, like a part of me is missing. I even miss his annoying train sounds and sent cat and recipe tiktoks.

Please consider that Jason is an outstanding citizen with no previous record. Aside from this one mistake, he is intentionally a law-abiding decent man. Thank you for your time reading our thoughts and opinions.

Jason's wife,
Emmali Anderson

Rebecca Caldwell


February 13th, 2023

To Whom It May Concern,

I have known Jason Anderson and his family since 2001. I have spent many hours with the family over the years and can attest to the fact that Jason is a very caring and present father and husband. He always puts his family first, working two jobs to provide for them. Outside of work Jason spends his free time with his wife Emmali and daughters N███ and C███. I know Jason to be a caring Father who attends school activities (band concerts, dance recitals, etc.) for the girls frequently. Jason is also a good friend and always willing to lend a hand. Jason is a reliable guy that I have depended on multiple times when I had car trouble. All it takes is a quick phone call and he will be there with his tools ready to lend a hand at a moment's notice without asking for anything in return.

Please feel free to contact me with any questions or concerns.

Rebecca Caldwell

From: [redacted]
Subject: Jason
Date: Feb 12, 2023 at 6:04:01 PM
To: [redacted]

To whom it may concern,

Our son Jason has always been caring and sensitive. Even as a child/young man, his friends would seek him out if they needed help with a problem or just a shoulder to cry on.

He works hard at his jobs and is very well liked as a Manager at Jefferson High School Cafeteria and employee as night audit at Hampton Inn.

Our Granddaughters adore him. He is a wonderful Father. At a meeting of flute players which our oldest Granddaughter was at her fist year in high school, they asked "does anyone have siblings at the school?" N[redacted] said " my Father works in the cafeteria." They said "the bald guy with glasses, we love him!"

We are all devastated by this. Did he make an unfortunate choice by going into a chat room, yes. He is very much loved, and his life should not be destroyed because of this.

Thank you for taking the time to consider this letter.

Wayne and Julie Anderson
[redacted]
Cedar Rapids, Iowa
52402
[redacted]

Sent from my Galaxy

From: Amy Moore ▮
Subject: Character letter for Jason Anderson
Date: Feb 12, 2023 at 6:35:02 PM
To: Emmali Anderson ▮

To whom it may concern,

I have known Jason Dean Anderson for about 30 years & have only & always known him to be a kind person. For the past 19 years I have seen him as an amazing kind & loving father. He is good & kind to his kids & is an amazing cook with anything he makes.

I have never seen or heard Jason say or do anything that would be deemed as inappropriate toward any child or minor at all. He is a very sweet person who is always willing to help anyone needing assistance.

I am willing and able to testify to Jason's character in person as well.

Blessings,
Amy Moore

February 12, 2023

To whom it may concern,

I am Jason Anderson's father-in-law, and I am also a United Methodist pastor serving a church in Estherville, Iowa. I have known Jason for 15 years and in that time I have known his as a good person and a great father for his two children. He has always been diligent in support of his family, taking on more than one job, working days during the week and nights on the weekend. He has always been eager to assist when called upon when I have needed him regardless of the need which I have always appreciated him for. In the past I could always count on him to carve the turkey at Christmas or shovel the sidewalk; whatever was needed. Last year I needed help cutting down a tree; I called Jason and he came right over despite having worked the night before. He is not a flight risk, or a danger to anyone, he is not. I know he regrets all that has happened and I appreciate whatever you can do for him. Thank you for your time.

Highest regards,

Reverend Kevin Moore

To Whom It May Concern:

I have known Jason Anderson for many years.

From my observations he has been a loving husband, father and son.

As a Lay Minister and a school bus driver for 29 years, I care deeply about the welfare of children.

I have never observed or heard Jason do anything inappropriate with or about a child. If I had, I would have reported him.

I respectfully submit this for your consideration.

Respectfully
Ricky L Gerard

Ricky L Gerard

Amana, IA 52203

From: Leta Boll
Subject: Letter Jason Anderson
Date: Feb 12, 2023 at 8:10:26 PM
To:

02/12/23

To whom it concerns, Regarding Jason Anderson, I have known Jason Anderson for 12 or more years. Jason Anderson is a man of his word. In my opinion, I don't feel that Jason Anderson is a risk to anyone or himself. Thank you for your time on this matter.

Leta Boll
Formal Food service manger at Jefferson High school

*Leta Boll*

From: christine knight
Subject: Jason Anderson
Date: Feb 12, 2023 at 10:56:14 PM
To:

Jason and I have worked together for quite a few years at Jefferson high school in the cafeteria. We have always had a good work relationship. He's always been punctual and rarely has missed work. Jason has always been ready to lend a hand and asks all the time if he can be of any assistance. He's been involved with the church making meals for them. He has actively been involved in his daughters lives and their activities. He has enjoyed doing the father/daughter dance for show choir.
He has helped in the kitchen during show choir events and the annual holiday party. I have enjoyed working with and being friends with Jason.
  Christine Knight

Eric J Hubert

Cedar Rapids, IA 52402

To whom it may concern,

    I have known Jason Anderson a while. His wife and 2 daughters trained at the same martial arts school as me and where I also teach at. In class he was always attentive and calm. He was a very good student. Since then I became friends with him and his family. I went him to his daughters dance recital a few occasions and have been over on several occasions for holidays, daughter's graduation, and to hang out. I helped him and his family move into the place they are in now. I was last there few weeks ago and we watched star wars and visited.

    He has always been kind to me. He has always been calm and level headed. We have spent many hours talking about life. We have similar interest in regards to star wars and sci-fi and often have talked it. When I have been around him, he has always demonstrated a strong devotion to his family and a very caring individual.

_____

Eric J Hubert